1  Joseph R. Manning, Jr. (SBN 223381)
   DisabilityRights@manninglawoffice.com
2  **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308
   Attorneys for Plaintiff:
5  ANTHONY BOUYER

6
7
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| ANTHONY BOUYER, an individual, | Case No.: 2:21-cv-00817-DSF-PVC |
|---|---|
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| SALVATORE E. PALLILA and PENNY J. PALLILA, individually and as trustees of the PALILLA FAMILY TRUST; and DOES 1-10, inclusive, | Complaint Filed: January 28, 2021<br>Trial Date: None |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and SALVATORE E. PALLILA and PENNY J. PALLILA, individually and as trustees ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 27, 2021         **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
Anthony Bouyer

DATED: July 27, 2021         By: /s/ Salvatore E. Pallila
Salvatore E. Pallila
Attorneys for Defendant
Salvatore E. Pallila and Penny J. Pallila, individually and as trustees

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 27, 2021         By: /s/ *Joseph R. Manning, Jr.*