UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>SALVATORE E. PALLILA and PENNY J. PALLILA, individually and as trustees of the PALILLA FAMILY TRUST; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-00817-DSF-PVC<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Salvatore E. Pallila and Penny J. Pallila, individually and as trustees ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  August 9, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE